UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN BAIRD,<br><br>　　　　Defendant. | Case No. 2:12-CR-00352-JAD-GWF-1<br><br>**ORDER**<br><br>ECF No. 80 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, March 30, 2021 at 2:00 p.m., be vacated and continued to May 11, 2021 at 10:00 a.m.

　　DATED this 26th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE