# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00352-JAD-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 83 |
| SHAWN BAIRD, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, May 11, 2021 at 10:00 a.m., be vacated and continued to July 20, 2021, at 11:00 a.m.

DATED this 6th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE