## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>SHAWN BAIRD,<br><br>           Defendant. | No. 2:12-cr-00352-JAD<br><br>**Order Granting Continuance of Supervised Release Revocation Hearing**<br><br>ECF No. 87 |

Based on the pending stipulation of counsel, and good cause appearing therefore:

IT IS THEREFORE ORDERED, that the supervised release revocation hearing currently scheduled for Tuesday, July 20, 2021 at 11:00 a.m., be continued to August 9, 2021, at 3:00 p.m.

**DATED** this 19th day of July, 2021

_____
UNITED STATES DISTRICT JUDGE
JENNIFER A. DORSEY